# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2024

## NO. 03-23-00528-CR

**The State of Texas, Appellant**

**v.**

**Truman McCollum, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

This is an appeal from the order granting the motion to suppress entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.